McGREGOR W. SCOTT
United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

SEALED

**FILED**

DEC 12 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
_____
DEPUTY CLERK

Attorneys for Plaintiff
United States of America

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-MJ-252 AC |
|---|---|
| Plaintiff, | SEALING ORDER |
| v. | **UNDER SEAL** |
| LUIS A. VALERIO MARTINEZ and JOSE ARNULFO ALCALA-GARCIA, | |
| Defendants. | |

## SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered,

SEALED until further order of this Court.

Dated: _12/11/18_                    _____

Hon. Allison Claire
United States Magistrate Judge

SEALING ORDER                                        1